**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MEDIA NETWORKS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>          Defendants. | C.A. No. 14-1495-GMS<br><br>**JURY TRIAL DEMANDED** |
| ADVANCED MEDIA NETWORKS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>T-MOBILE US, INC.; and T-MOBILE USA, INC.,<br><br>          Defendants. | C.A. No. 14-1518-GMS<br><br>**JURY TRIAL DEMANDED** |
| ADVANCED MEDIA NETWORKS, LLC<br><br>          Plaintiff,<br><br>     v.<br><br>SPRINT COMMUNICATIONS, INC.,<br>SPRINT CORPORATION,<br>BOOST WORLDWIDE, INC.,<br>VIRGIN MOBILE USA, INC.,<br>VIRGIN MOBILE USA, L.P.,<br>CLEARWIRE CORPORATION, AND<br>CLEARWIRE COMMUNICATIONS, L.L.C.,<br><br>          Defendants. | C.A. No. 15-0142-GMS<br><br>**JURY TRIAL DEMANDED** |
| ADVANCED MEDIA NETWORKS, LLC<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>          Defendant. | C.A. No. 15-131-GMS<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' MOTION TO STAY
## PENDING *INTER PARTES* REVIEW

Defendants in the above-captioned actions hereby respectfully move for an order substantially similar to the proposed form of order attached hereto staying each of the above-captioned actions brought by Plaintiff Advanced Media Networks, LLC pending resolution of the *inter partes* review proceedings now pending before the Patent Trial and Appeal Board.  The grounds for this motion are fully set forth in Defendants' Opening Brief in Support of Their Motion to Stay Pending *Inter Partes* Review and the Declaration of Justina K. Sessions, filed contemporaneously herewith.

| | |
|---|---|
| YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP | ROSS ARONSTAM & MORITZ LLP |
| /s/ *Anne Shea Gaza* | /s/  *Benjamin J. Schladweiler* |
| Anne Shea Gaza (#4093)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>100 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com | Benjamin J. Schladweiler (#4601)<br>100 S. West Street, Suite 400<br>Wilmington, DE  19801<br>(302) 576-1600<br>bschladweiler@ramllp.com |
| OF COUNSEL: | OF COUNSEL: |
| Asim Bhansali<br>Adam Lauridsen<br>Justina K. Sessions<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>(415) 391-5400<br><br>*Attorneys for Defendants T-Mobile US, Inc.<br>and T-Mobile USA, Inc.* | Darcy L. Jones<br>Marcus A. Barber<br>KASOWITZ BENSON TORRES &<br>FRIEDMAN LLP<br>333 Twin Dolphin Drive<br>Suite 200<br>Redwood Shores, CA 94065<br>(650) 453-5170<br><br>*Attorneys for Defendant Cellco Partnership<br>d/b/a Verizon Wireless* |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | /s/ *Karen Jacobs* |
|  | Karen Jacobs (#2881) |
| George J. Barry III | Jennifer Ying (#5550) |
| MCGUIRE WOODS LLP | 1201 North Market Street |
| 1230 Peachtree Street, N.E. | P.O. Box 1347 |
| Suite 2100 | Wilmington, DE 19899 |
| Atlanta, GA 30309 | (302) 658-9200 |
| (404) 443-5500 | kjacobs@mnat.com |
|  | jying@mnat.com |
| David E. Finkelson |  |
| MCGUIRE WOODS LLP |  |
| Gateway Plaza |  |
| 800 East Canal Street |  |
| Richmond, VA 23219 |  |
| (804) 775-1000 |  |
|  |  |
| Rachelle H. Thompson |  |
| MCGUIREWOODS LLP |  |
| 434 Fayetteville Street, Suite 2600 |  |
| Raleigh, NC 27601 |  |
| (919) 755-6600 |  |
|  | *Attorneys for Sprint Communications, Inc., Sprint Corporation, Boost Worldwide, Inc., Virgin Mobile USA, Inc., Virgin Mobile USA, L.P., Clearwire Corporation, and Clearwire Communications, L.L.C.* |

| | |
|---|---|
| Of Counsel: | */s/ Steven J. Fineman*<br>Steven J. Fineman (#4025)<br>Katharine L. Mowery (#5629) |
| Paul E. Veith<br>Stephanie P. Koh<br>Bryan C. Mulder<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-4718<br>pveith@sidley.com<br>skoh@sidley.com<br>bmulder@sidley.com | RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>Fineman@rlf.com<br>Mowery@rlf.com<br><br>*Attorneys for Defendant United States Cellular Corporation d/b/a U.S. Cellular* |

Dated:  January 6, 2016

## **CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, Esquire, hereby certify that on January 6, 2016, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Stephen B. Brauerman, Esquire
>Vanessa R. Tiradentes, Esquire
>Sara E. Bussiere, Esquire
>BAYARD, P.A.
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE 19899
>*sbrauerman@bayardlaw.com*
>*vtiradentes@bayardlaw.com*
>*sbussiere@bayardlaw.com*
>
>*Attorneys for Plaintiff*
>*Advanced Media Networks, LLC*

I further certify that on January 6, 2016, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and the following:

>Eric W. Buether, Esquire
>Christopher M. Joe, Esquire
>Brian A. Carpenter, Esquire
>Mark D. Perantie, Esquire
>Niknaz Bukovcan, Esquire
>BUETHER JOE & CARPENTER, LLC
>1700 Pacific Avenue, Suite 4750
>Dallas, TX 75201
>*Eric.Buether@BJCIPLaw.com*
>*Chris.Joe@BJCIPLaw.com*
>*Brian.Carpenter@BJCIPLaw.com*
>*Mark.Perantie@BJCIPLaw.com*
>*Niky.Bukovcan@BJCIPLaw.com*
>
>*Attorneys for Plaintiff*
>*Advanced Media Networks, LLC*

2

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

 /s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants T-Mobile US, Inc.*
*and T-Mobile USA, Inc. on Behalf of All Defendants*

2